UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. C-07-185 |
| | § | |
| ALMA G. GONZALEZ, | § | |
| | § | |
| Defendant. | § | |

ORDER STRIKING PLEADING (S)

The clerk has filed Plaintiff Alma G. Gonzalez' "Original Answer to Plaintiffs (sic) Original Petition" (D.E. 4) however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed by, or by permission of, attorney-in-charge.(LR5.2)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re: conference w/opposing counsel/party (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. _X_ Other: Defendant attempts to "enter a general [d]enial" in her Answer (D.E. 4, ¶ II). A "general denial" is not permitted in federal court. See, e.g., United States v. Sifuentes, 2005 WL 3627339, *1 (W.D.Tex. 2005) ("in federal court, general denials are ordinarily improper ... the answer in federal court must specifically admit or deny each allegation in the complaint."); see also Fed. R. Civ. P. 8(b).

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel or the appropriate *pro se* party of such action.

Dated:   June 12, 2007

_Janis Graham Jack_
JUDGE PRESIDING